UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LUKE H.,

                        Plaintiff,

                                                  3:19-CV-720
     v.                                                (DJS)

ANDREW M. SAUL, *Comm'r of Soc. Sec.*,

                        Defendant.

**APPEARANCES:**                             **OF COUNSEL:**

LACHMAN & GORTON               PETER GORTON, ESQ.
Attorney for Plaintiff
P.O. Box 89
1500 East Main Street
Endicott, New York 13761-0089

SOCIAL SECURITY ADMINISTRATION    RAMI VANEGAS, ESQ.
Attorney for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

The Complaint in this action was filed June 18, 2019. Dkt. No. 1. The Court ordered the matter remanded to the Social Security Administration for further proceedings. Dkt. No. 18. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act. Dkt. No. 20. The Motion seeks that the fee award be paid directly to counsel. *Id.* Defendant does not oppose the Motion. Dkt. No. 23.

Based on the foregoing, Plaintiff is awarded attorneys' fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq*.) in the amount of $5,929.42.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 20-1.

**IT IS SO ORDERED**.

Dated: October 14, 2020
         Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge